JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Igor Shibirin

**(b)** County of Residence of First Listed Plaintiff    Wayne County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Timothy J. Abeel, Jr.
Timothy Abeel & Associates, P.C.
25 Regency Plaza
Glen Mills, PA 19342
(888) 830-1474

## DEFENDANTS
Regal Marine Industries, Inc. and Volvo Penta of the Americas, LLC

County of Residence of First Listed Defendant    Orange County, FL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Brooks Rathet
Bromagen Rathel Klee & Smith PA
135 2nd Avenue North, Suite 1
Jacksonville Beach, FL 32250
(904) 242-0860

Vlada Tasich/Christian Weimann
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street, Suite 2300 Philadelphia, PA
Philadelphia, PA 19103
(215) 575-2659

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1331

Brief description of cause:
Plaintiff alleges defects and nonconformities in the subject water vessel.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ more than $136,593.20

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 9/17/20

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff 　　645 Woodpoint Court, 366 The Hideout, Lake Ariel, PA 18436

Address of Defendant 　 1300 Volvo Penta Drive, Chesapeake, VA 23320

Place of Accident, Incident or Transaction
645 Woodpoint Court, 366 The Hideout, Lake Ariel,
PA 18436　　　　　　　　　　　　　　　*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))　　Yes ☒　No ☐

Does this case involve multidistrict litigation possibilities?　　Yes ☐　No ☒

*RELATED CASE, IF ANY:*

Case Number: _____　Judge _____　Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
　　　　Yes ☐　No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
　　　　Yes ☐　No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?
　　　　Yes ☐　No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
　　　　Yes ☐　No ☒

CIVIL:  (Place ✓ in ONE CATEGORY ONLY)

A.　*Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases – Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq.
　　(Please specify)

B.　*Diversity Jurisdiction Cases*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
　　(Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE _____　　_____　　_____
　　　　　　　　　　　　　　Attorney-at-Law　　　　　　　　　Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

CIV. 609 (6/08)

DATE  9/17/20

_____
Attorney-at-Law

886 79
_____
Attorney I.D. #

CIV. 609  (6/08)

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff    645 Woodpoint Court, 366 The Hideout, Lake Ariel, PA 18436

Address of Defendant    1300 Volvo Penta Drive, Chesapeake, VA 23320

Place of Accident, Incident or Transaction
645 Woodpoint Court, 366 The Hideout, Lake Ariel,        *(Use Reverse Side for Additional Space)*
PA 18436

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☒  No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐  No ☒

*RELATED CASE, IF ANY:*

Case Number: _____    Judge _____    Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes ☐  No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
    Yes ☐  No ☒

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?
    Yes ☐  No ☒

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
    Yes ☐  No ☒

CIVIL:   (Place ✓ in ONE CATEGORY ONLY)

| A. | *Federal Question Cases:* | B. | *Diversity Jurisdiction Cases* |
|----|----|----|----|
| 1. | ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☐ Insurance Contract and Other Contracts |
| 2. | ☐ FELA | 2. | ☐ Airplane Personal Injury |
| 3. | ☐ Jones Act-Personal Injury | 3. | ☐ Assault, Defamation |
| 4. | ☐ Antitrust | 4. | ☐ Marine Personal Injury |
| 5. | ☐ Patent | 5. | ☐ Motor Vehicle Personal Injury |
| 6. | ☐ Labor-Management Relations | 6. | ☐ Other Personal Injury (Please specify) |
| 7. | ☐ Civil Rights | 7. | ☐ Products Liability |
| 8. | ☐ Habeas Corpus | 8. | ☐ Products Liability – Asbestos |
| 9. | ☐ Securities Act(s) Cases | 9. | ☐ All other Diversity Cases |
| 10. | ☐ Social Security Review Cases | | (Please specify) |
| 11. | ☒ All other Federal Question Cases – Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq. | | |
| | (Please specify) | | |

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:

☐  Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐  Relief other than monetary damages is sought.

DATE _____    _____    _____
                        Attorney-at-Law            Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE   9/17/20

_____
Attorney-at-Law

88679
_____
Attorney I.D. #

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **IGOR SHIBIRN** | : | **CIVIL ACTION** |
| **v.** | : | |
| **REGAL MARINE INDUSTRIES, INC.** | : | |
| **AND** | : | |
| **VOLVO PENTA OF THE AMERICAS,** | : | **NO.** |
| **LLC** | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus-Cases brought under 28 U.S.C. §2241through §2255.       ( )

(b)  Social Security-Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.       ( )

(c)  Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d)  Asbestos-Cases involving claims for personal injury or property damage from
exposure to asbestos.       ( )

(e)  Special Management-Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of special
management cases.)       ( )

(f)  Standard Management--Cases that do not fall into any one of the other tracks.   (X)

| | | Defendant, Volvo Penta of |
|---|---|---|
| September 17, 2020 | Vlada Tasich, Esquire | the Americas, LLC |
| Date | Attorney-at-law | Attorney for |

| | | |
|---|---|---|
| (215) 575-2659 | (215) 575-0856 | vxtasich@mdwcg.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660)  10/02

Civil Justice Expense and Delay Reduction Plan

**Section 1:03 - Assignment to a Management Track**

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management of Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate of limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 3 or 7, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See § 1.02(e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions of potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IGOR SHIBIRIN | : |
|       Plaintiff, | : |
| | : |
|      v. | :    CIVIL ACTION NO. |
| | : |
| REGAL MARINE INDUSTRIES, INC. | : |
| AND | : |
| VOLVO PENTA OF THE AMERICAS, | : |
| LLC | : |
|       Defendants. | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1331, Defendant, Volvo Penta of the Americas, LLC, ("VPA") hereby removes the action entitled Igor Shibirin v. Regal Marine Industries, Inc., et al., Docket No. 2020-C-0359, as filed in the Court of Common Pleas of Lehigh County, Pennsylvania (the "State Court Action"), to the United States District Court for the Eastern District of Pennsylvania, based upon the following:

## I.   BACKGROUND

1.   On or about February 4, 2020, Plaintiff, Igor Shibirin ("Plaintiff"), filed his initial Complaint in the State Court Action in the Court of Common Pleas of Lehigh County, Pennsylvania. A true and correct copy of Plaintiff's initial Complaint is included as part of the court file in the State Court Action attached hereto as Exhibit "A."

2.   On or about August 20, 2020, Plaintiff filed an Amended Complaint in the State Court Action in the Court of Common Pleas of Lehigh County, Pennsylvania. A true and correct copy of Plaintiff's Amended Complaint is included as part of the court file in the State Court Action attached hereto as Exhibit "B."

3.     In his Amended Complaint, Plaintiff seeks recovery from Defendants under the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301 et seq., and under the Pennsylvania Unfair Trade Practice and Consumer Protection Law ("UTPCPL"), 73 Pa.C.S.A. § 201-1 et seq., for alleged defects and nonconformities in a water vessel, which purportedly impair the subject vessel's use, value, and/or safety, as provided under the **Pennsylvania** ***Automobile* Lemon Law**, 73 Pa.C.S.A. § 1951-1963. See Exhibit B.

4.     VPA was not a named party in Plaintiff's initial Complaint. See Exhibit A. VPA was first named in Plaintiff's Amended Complaint, and VPA was not served with Plaintiff's Amended Complaint until August 28, 2020. See a true and correct copy of the service of process upon VPA attached hereto as Exhibit "C."

5.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders which have been served upon VPA is attached hereto as Exhibits A, B, and C.

6.     This case is properly removed to this Court pursuant to 28 U.S.C. § 1331, as Plaintiff's MMWA claim constitutes a federal question that is removable under 28 U.S.C. § 1331. Additionally, as a prerequisite for removal under the MMWA, Plaintiff seeks in excess of $50,000.00 in economic damages. See Exhibit B. Specifically as to this claim, Plaintiff "demands judgment against Defendants in an amount equal to the price of the subject vessel ["more than $136,593.20"], plus all collateral charges, incidental and consequential damages, reasonable attorney's fees, and all court costs." See Exhibit B. Lastly, this Court can properly exercise supplemental jurisdiction over the remaining state law cause of action under the UTPCPL because it arises from the same case or controversy pursuant to 28 U.S.C. § 1367.

2

## II.    DISCUSSION

### A.    This Court Has Jurisdiction Over This Matter Because Plaintiff Seeks Recovery In Excess of $50,000.00 Under The Magnuson-Moss Warranty Act, Which Constitutes a Federal Question That is Removable to This Court Pursuant to 28 U.S.C. § 1331.

7.      The State Court Action is a civil action of which this Court has original jurisdiction because it is an action "arising under the . . . laws . . . of the United States." 28 U.S.C. § 1331.  Plaintiff's MMWA claim constitutes a federal question that is removable to this Court under 28 U.S.C. § 1331.  Pursuant to Plaintiff's MMWA claim, Plaintiff seeks in excess of $50,000.00 in economic damages.  See Exhibit B.  Furthermore, pursuant to Plaintiff's MMWA claim, Plaintiff "demands judgment against Defendants in an amount equal to the price of the subject vessel ["more than $136,593.20"], plus all collateral charges, incidental and consequential damages, reasonable attorney's fees, and all court costs."  See Exhibit B.

### B.    VPA Has Satisfied The Procedural Requirements For Removal.

8.      VPA has timely filed this Notice of Removal within thirty days of being served with Plaintiff's Amended Complaint.  See 28 U.S.C. § 1446(b).

9.      The United States District Court for the Eastern District of Pennsylvania is the federal judicial district embracing the Court of Common Pleas of Lehigh County, Pennsylvania, where the State Court Action was filed.  See 28 U.S.C. § 1441(a).

10.      Regal Marine Industries, Inc. is the only other defendant to this action, and Regal Marine Industries, Inc. consents to removal as demonstrated by the written consent attached hereto as Exhibit "D."

3

11.     Pursuant to 28 U.S.C. § 1446(d), VPA will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania.  VPA will also serve Plaintiff and Co-Defendant, Regal Marine Industries, Inc., with copies of this Notice of Removal, and VPA will file the Notice of Removal in the State Court Action in the Lehigh County Court of Common Pleas.

WHEREFORE, Defendant, Volvo Penta of the Americas, LLC, notifies this Court that this action is removed from the Court of Common Pleas of Lehigh County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1331.

Respectfully submitted,

By: _____
VLADA TASICH, ESQUIRE
CHRISTIAN A. WEIMANN, ESQUIRE
**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**
Attorney I.D. Nos. 88679/312375
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Phone: (215) 575-2659/Fax: (215) 575-0856
vxtasich@mdwcg.com
caweimann@mdwcg.com
Attorneys for Defendant,
Volvo Penta of the Americas, LLC

Dated: September 17, 2020

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IGOR SHIBIRIN | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | |
| REGAL MARINE INDUSTRIES, INC. | : | |
| AND | : | |
| VOLVO PENTA OF THE AMERICAS, | : | |
| LLC | : | |
| Defendants. | : | |

### AFFIDAVIT

**VLADA TASICH, ESQUIRE**, being duly sworn according to law deposes and states

that the facts set forth in the foregoing Notice of Removal are true and correct to the best of his

knowledge, information, and belief.

**VLADA TASICH, ESQUIRE**

Commonwealth of Pennsylvania - Notary Seal
Audrey M. Gaffney, Notary Public
Philadelphia County
My commission expires July 01, 2022
Commission number 1224778

## CERTIFICATE OF SERVICE

I, Vlada Tasich, Esquire, do hereby certify that a true and correct copy of the Notice of

Removal of Defendant, Volvo Penta of the Americas, LLC, was served upon all counsel of record

by ECF filing on the below date.

By:

VLADA TASICH, ESQUIRE
CHRISTIAN A. WEIMANN, ESQUIRE
**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**
Attorney I.D. Nos. 88679/312375
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Phone: (215) 575-2659/Fax: (215) 575-0856
vxtasich@mdwcg.com
caweimann@mdwcg.com
Attorneys for Defendant,
Volvo Penta of the Americas, LLC

Dated: September 17, 2020

# EXHIBIT A

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359    /s/D N

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

| | |
|---|---|
| IGOR SHIBIRIN | CIVIL DIVISION<br>NO.: |
| v. | COMPLAINT IN CIVIL ACTION |
| REGAL MARINE INDUSTRIES, INC.,<br>STERLING MARINA, INC. AND<br>VOLVO NORTH AMERICA, LLC | File on behalf of Plaintiff:<br>Igor Shibirin |

COUNSEL OF RECORD FOR THIS PARTY:

Timothy J. Abeel, Jr., Esq.
Identification No.: 209961

TIMOTHY ABEEL & ASSOCIATES, P.C.
25 Regency Plaza
Glen Mills, PA 19342
(484)800-8433

# WRIT WAIVED

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/D N

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
DEPARTMENT OF COURT RECORDS CIVIL/FAMILY DIVISION
ARBITRATION DOCKET

IGOR SHIBIRIN,
      Plaintiff                            NO.

     v.

REGAL MARINE INDUSTRIES, INC.,
STERLING MARINA, INC., AND
VOLVO NORTH AMERICA, LLC,
      Defendants

### NOTICE TO DEFEND
### CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNONT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**LAWYER REFERRAL SERVICE**
**Lehigh County Bar Association**
**1114 Walnut Street**
**Allentown, PA 18102**
**(610) 433-7094**

### HEARING NOTICE

**YOU HAVE BEEN SUED IN COURT.** The above notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the "Notice to Defend" a hearing before a Board of Arbitrators. IF YOU FAIL TO FILE the response described in the "Notice to Defend" a judgment for the amount claimed in the Complaint may be entered against you before the hearing.

### DUTY TO APPEAR AT ARBITRATION HEARING

If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/D N

NOTICE:      YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS
OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE TNTERED
AGAINST YOU BEFORE THE HEARING.  IF ONE OR MORE OF THE
PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE
HEARD IMMEDIATELY BEFORE A JUDGE WITHOUT THE ABSENT PARTY
OR PARIES.  THERE IS <u>NO RIGHT TO A TRIAL DE NOVO ON APPEAL</u>
<u>FROM A DECISION ENTERED BY A JUDGE.</u>

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359    /s/D N

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

IGOR SHIBIRIN
        Plaintiff                    NO.

     v.

REGAL MARINE INDUSTRIES, INC.,
STERLING MARINA, INC., AND
VOLVO NORTH AMERICA, LLC,
        Defendants

## COMPLAINT

1.    Plaintiff, Igor Shibirin, is an adult individual citizen and legal resident of the Commonwealth of Pennsylvania, residing at 645 Woodpoint Court, 366 The Hideout, Lake Ariel, PA 18436.

2.   Defendant, Regal Marine Industries, Inc., is a corporation qualified to do an regularly conduct business in the State of Pennsylvania, with its address and principal place of business located at 2300 Jetport Drive, Orlando, FL 32809, and can be served at this address.

3.   Defendant, Sterling Marina, Inc., is a corporation qualified to do an regularly conduct business in the State of Pennsylvania, with its address and principal place of business located at 61 Lacawac Road, Lake Ariel, PA 18436, and can be served at this address.

4.   Defendant, Volvo North America, LLC, is a corporation qualified to do an regularly conduct business in the State of Pennsylvania, with its address and principal place of business located at 1 Volvo Drive, Rockleigh, NJ 07647, and can be served at this address.

## BACKGROUND

4.   On or about July 24, 2017, Plaintiff purchased a new 2018 Regal 28 Express;

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359   /s/D N

manufactured and warranted by Defendant, bearing the Vehicle Identification Number

RGMHK576B818.

5. The vessel was purchased in the Commonwealth of Pennsylvania and is registered in

the Commonwealth of Pennsylvania.

6. The contract price of the vehicle, including registration charges, document fees, sales

tax, finance and bank charges, but excluding other collateral charges not specified, yet defined

by the Lemon Law, totaled more than $136,593.20. A true and correct copy of the contract is

attached hereto, made a part hereof and marked Exhibit "A".

7. In consideration for the purchase of said vessel, Defendant issued to Plaintiff

several warranties, guarantees, affirmations or undertakings with respect to the material or

workmanship of the vessel and/or remedial action in the event the vessel fails to meet the

promised specifications.

8. The above-referenced warranties, guarantees, affirmations or undertakings

are/were part of the basis of the bargain between Defendant and Plaintiff.

9. The parties' bargain includes an express warranty, as well as other guarantees,

affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

10. However, as a result of the ineffective repair attempts made by Defendant

through its authorized dealer(s), the vessel is rendered substantially impaired, unable to be

utilized for its intended purposes, and is worthless to Plaintiff.

11. During the warranty period, Plaintiff complained about defects and or non-

conformities to the following vessel components: generator shutting off, oil slick behind vessel,

temperature light illuminating and engine slowing down, and vessel overheating. True and

correct copies of the repair invoices are attached hereto, made a part hereof and marked Exhibit "B".

12.   The vessel continues to exhibit defects and nonconformities which substantially impairs its use, value and/or safety as provided in 73 P.S. §1951 et seq.

## COUNT I
### AGAINST ALL DEFENDANTS
### MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

13.   Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth in length herein.

14.   Plaintiff has or may have resorted to Defendants' informal dispute settlement procedure, to the extent said procedure complies with 16 CFR 703.

15.   Plaintiff avers that the Federal Trade Commission (FTC) has determined that no Automobile manufacturer complies with 16 CFA 703. See, Fed. Reg. 15636, Vol. 62, No. 63 (Apr. 2, 1997).

16.   Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301 (3).

17.   Defendants are "suppliers", "warrantors", and a "service contractors" as defined by 15 U.S.C. §2301 (4),(5) and (8).

18.   The subject vessel is a "consumer product" as defined by 15 U.S.C. §2301 (1).

19.   By the terms of its written warranties, affirmations, promises, or service contracts, Defendants agreed to perform effective repairs at no charge for parts and/or labor.

20.   The Magnuson-Moss Warranty Improvement Act requires Defendants to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vessel was delivered.

21.   Defendants have made attempts on several occasions to comply with the terms of its express warranties,; however, such repair attempts have been ineffective.

22.   The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection,   he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be in appropriate.

23.   Plaintiff has afforded Defendants a reasonable number of opportunities to confirm the vessel to the aforementioned express warranties, implied warranties and contracts.

24.   As a direct and proximate result of Defendants' failure to comply with the express written warranties, Plaintiff as suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiff is entitled to bring suite for such damages and other legal and equitable relief.

25.   Defendants' failure is a breach of Defendants' contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to: breach of express warranties; breach of implied warranty of merchantability; breach of implied warranty of fitness for a particular purpose; breach of contract; and constitutes an Unfair Trade Practice.

26.   Plaintiff avers that Defendants' warranty was not provided to Plaintiff until after the vessel was delivered, making any and all limitations, disclaimers and/or alternative dispute provisions ineffective for a failure of consideration.

27.   Plaintiff avers Defendants' Dispute Resolution Program was not in compliance with 16 CFR 703 for the model year of the subject vessel.

28.   Plaintiff avers that Defendants' warranty did not require Plaintiff to first resort to a Dispute Resolution Program before filing suit.

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359       /s/D N

29.   Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim
herein, all attorney fees are recoverable and are demanded against Defendants.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an
amount equal to the price of the subject vessel, plus all collateral charges, incidental and
consequential damages, reasonable attorney's fees, and all court costs.

## COUNT II
### AGAINST ALL DEFENDANTS
### PENNSYLVANIA UNFAIR TRADE PRACTICES AND
### CONSUMER PROTECTION LAW

30.   Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by
reference as if fully set forth at length herein.

31.   Plaintiff is a "Person" as defined by 73 §201-2(2).

32.   Defendants are "Persons" as defined by 73 §201-2(2).

33.   Section 201-9.2(a) of the Act authorizes a private cause of action for any person
"who purchases or leases goods or services primarily for personal, family or household
purposes."

34.   Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation
of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade
Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

35.   In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act,
73 §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

(vii).   Representing that goods or services are of a particular standard, quality or
grade, or   that goods are of a particular style or model, if they are of another,

(xiv).   Failing to comply with the terms of any written guarantee or warranty
given to the buyer at, prior to, or after a contract for the purchase of goods or services is
made;

(xv).    Knowingly misrepresenting that services, replacements or repairs are needed if they are not needed;

(xvi). Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing.

(xvii). Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

36.   Plaintiff avers Defendants have violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

37.   Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

38.   Defendants' conduct surrounding the sale and servicing of the subject vessel falls within the aforementioned definitions of "unfair or deceptive acts or practices."

39.   The Act also authorizes the Court, in its discretion to award up to three (3) times the actual damages sustained for violations.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an amount not in excess of Fifty Thousand Dollars ($50,000.00), together with all collateral changes, attorneys' fees, all court costs and treble damages.

**TIMOTHY ABEEL & ASSOCIATES, P.C.**

By: **/s/ Timothy J. Abeel, Jr.**
     **Timothy J. Abeel, Jr., Esquire**
     **Attorney for Plaintiff**

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/D N

# VERIFICATION

Timothy J. Abeel, Jr., states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the forgoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

By: /s/ Timothy J. Abeel, Jr.
     Timothy J. Abeel, Jr., Esquire
     Attorney for Plaintiff

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/D N

# EXHIBIT "A"

FILED 2/4/2020 9:05 AM Clerk of Judicial Records, Civil Division, Lehigh County, PA 2020-C-0359   /s/ DN

STERLING MARINA, INC.
PO BOX 105
GREENTOWN, PENNSYLVANIA 18426
570-689-4205 • FAX (570) 689-9705

# MARINE PURCHASE AGREEMENT

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

TOTAL PURCHASE ABOVE

OPTIONAL EQUIPMENT/ACCESSORIES

SALES TAX (if applicable)
DEALER PREP
LABOR / INSTALL
DEL. AND / OR LAUNCHING
FREIGHT

SUB-TOTAL
TOTAL TRADE-IN ALLOWANCE
LESS BALANCE DUE ON ABOVE
NET ALLOWANCE
NET SALE
SALES TAX (if not included above)
TITLE / REGISTRATION / OFFICE FEES

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/D N

# EXHIBIT "B"

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/D N

about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 10/15/2018 | 36938 |

**PAID 10/15/2018**

**Bill To**
Igor Shilvirin
643 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Outside Wint | 1 | Outside winter storage | 1,635.00 | 1,635.00 |
| Fork Fee | 1 | Fork Lift Fee | 35.00 | 35.00T |
| Oil Change | 1 | Synthetic Oil Change | 115.00 | 115.00T |
| Fresh Water Sys | 1 | Fresh Water System Winterization | 139.00 | 139.00T |
| | | stabilize fuel in generator | | |
| | | PA Sales Tax | 6.00% | 17.34 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for purposes of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I separately waive all rights under the State laws. If collection is made by suit or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or contents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

| Total | $1,941.34 |
|---|---|
| Payments/Credits | $-1,941.34 |
| Balance Due | $0.00 |

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359  /s/D N

about:blank



Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 3/22/2019 | 37303 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

PAID
05/08/2019

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Install Auto trim customer provided | | |
| | | compound any scratches & heavy wax | | |
| | | Summerize from storage & launch to his slip ASAP | | |
| | | Generator was shutting off please check may part of warranty | | |
| | | bulletin | | |
| | | Scan volvo system for an overload last season | | |
| | | Be sure gelcoat repairs are complete (warranty) | | |
| | | JM | | |
| SUMMERIZATI... | 1 | SUMMERIZATION: scanned motor and SPN441 came up, Jay | 0.00 | 0.00T |
| | | looking into this. Checked generator and working fine. | | |
| | | - Need to recheck, customer said generator shuts off after some | | |
| | | time. | | |
| DET074 | 28 | Heavy Wax Entire Boat CUDDY CABIN | 18.00 | 504.00T |
| Labor - Nick | 6 | Service - Labor: installed auto trim that customer provided and | 109.00 | 654.00T |
| | | lake tested. | | |
| Shop Supplies | 1 | Shop Supplies | 28.95 | 28.95T |
| | | | | |
| | | Performed service campaign per volvo | | |
| | | T-0079, Fuel Filter Tightening. | | |
| | | PA Sales Tax | 6.00% | 71.22 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for purposes of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I agree to pay twelve (12) percent interest until paid in full, plus collection costs, including reasonable attorney's fee. I have received a copy of this Work Order, I agree that the seller is not responsible for any loss or damage to the unit and so consents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein

| Total | $1,258.17 |
|---|---|
| Payments/Credits | $-1,258.17 |
| Balance Due | $0.00 |

6/28/2019, 10:25 AM

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/D N                                                                    about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location |
|---|
| B-36 |

| Date | Invoice # |
|---|---|
| 4/22/2019 | 37655 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | ROMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Troubleshoot fault code SPN 441 (count 20) JM spoke to volvo Tech. (Bill) I printed fault code list and two pages of manual to further troubleshoot problem. | | |
| Labor - Nick | 1 | 4-23-19 Generator shuts off after 40 minutes of run time. Customer is doing master reset to get it to restart Service - Labor: replaced oil pressure sender, rain for 45 minutes with no problem. 4/22 | 109.00 | 109.00T |
| Labor - Nick | 1 | 5-7-19 customer came in and said he went out and had overheat fault again Service - Labor: replaced port side sender, no part number. 5/10/19 | 109.00 | 109.00T |
| | | PA Sales Tax | 6.00% | 13.08 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for purpose of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I separately waive all rights under the State Laws. If collection is made by suite or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or contents in case of fire, theft or any other cause beyond his control.

X_____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein

| Total | $231.08 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $231.08 |

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/D N

about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | Date | Invoice # |
|---|---|---|
| B-36 | 4/25/2019 | 37681 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Oil or gas leak, has film behind boat while sitting and idling along | | |
| | | OIL SLICK BEHIND BOAT | | |
| | | vinny and nick checked it out, seems to be coming from the trim | | |
| | | tab (starboard). | | |
| | | pull boat, find leak and fix. | | |
| Water Fuel Sep C... | 1 | Water fuel separator change | 69.95 | 69.95T |
| VOP3847644 | 1 | Filter | 0.00 | 0.00T |
| Labor - Nick | 0.5 | Service - Labor: R/R impeller | 109.00 | 54.50T |
| VOP21700445 | 1 | Impeller Kit | 69.98 | 69.98T |
| Shop Supplies | 1 | Shop Supplies | 4.86 | 4.86T |
| | | 45 hours on boat | | |
| | | 29 hours on gen. | | |
| | | Done. 5/13/19 | | |
| | | PA Sales Tax | 6.00% | 11.96 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for purposes of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I expressively waive all rights under the State Laws. If collection is made by suits or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or contents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein

| | |
|---|---|
| **Total** | $211.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $211.25 |

6/28/2019, 10:34 AM

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/D N

about:blanl

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 6/4/2019 | 38342 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | ROMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | customer was running generator after repairs and temp light came on and engine slowed down<br>troubleshoot and repair<br>JM<br>6-5-19 Vin asked to order Impeller for generator<br><br>PA Sales Tax | <br><br><br><br><br>6.00% | <br><br><br><br><br>0.00 |

Notes:

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for the purpose of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I expressively waive all rights under the State Laws. If collection is made by suit or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or contents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

| Total | $0.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $0.00 |

6/28/2019, 10:36 AM

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/D N

about:blank



Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 6/20/2019 | 38564 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | customer called and he had another overheat motor automatically reduced rpms and customer hasn't been back to use it ASAP - MM PA Sales Tax | 6.00% | 0.00 |

**Notes:**

**Service Writer
Date Requested
Engine Hours In/Out
Tech**

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the craft as necessary for purposes of testing or inspection. If I fail to pay the completed work, I understand you will have a mechanic's lien upon the unit to secure payment for work and I expressly waive all rights under the State Laws. If collection is made by calls or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or contents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

| Total | $0.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $0.00 |

6/28/2019, 10:35 AM

FILED 2/4/2020 9:05 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359    /s/D N

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location |
|---|
| B-36 |

| Date | Invoice # |
|---|---|
| 9/14/2019 | 39838 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | temp sensor in manifold malfunctioning | | |
| | | replaced manifolds per volvo recommendation | | |
| | | PA Sales Tax | 6.00% | 0.00 |

Notes:

**Service Writer**
**Date Requested**
**Engine Hours In/Out**
**Tech**

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for purposes of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I expressively waive all rights under the State Laws. If collection is made by rulle or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or contents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

| Total | $0.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $0.00 |

# EXHIBIT B

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

IGOR SHIBIRIN

v.

REGAL MARINE INDUSTRIES, INC.,
AND VOLVO PENTA OF THE
AMERICAS, LLC

CIVIL DIVISION
NO.: 2020-C-0359

AMENDED COMPLAINT IN CIVIL ACTION

File on behalf of Plaintiff:
Igor Shibirin

COUNSEL OF RECORD FOR THIS PARTY:

Timothy J. Abeel, Jr., Esq.
Identification No.: 209961

TIMOTHY ABEEL & ASSOCIATES, P.C.
25 Regency Plaza
Glen Mills, PA 19342
(484)800-8433

# WRIT WAIVED

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359    /s/A D

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
DEPARTMENT OF COURT RECORDS CIVIL/FAMILY DIVISION
ARBITRATION DOCKET

IGOR SHIBIRIN,
       Plaintiff                          NO. 2020-C-0359

      v.

REGAL MARINE INDUSTRIES, INC.,
AND VOLVO PENTA OF THE AMERICAS, LLC,
       Defendants

## NOTICE TO DEFEND
### CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNONT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**LAWYER REFERRAL SERVICE**
**Lehigh County Bar Association**
**1114 Walnut Street**
**Allentown, PA 18102**
**(610) 433-7094**

### HEARING NOTICE

**YOU HAVE BEEN SUED IN COURT.** The above notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the "Notice to Defend" a hearing before a Board of Arbitrators. IF YOU FAIL TO FILE the response described in the "Notice to Defend" a judgment for the amount claimed in the Complaint may be entered against you before the hearing.

### DUTY TO APPEAR AT ARBITRATION HEARING

If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

NOTICE:       YOU MUST RESPOND TO THIS COMPLAINT WITHIN TWENTY (20) DAYS
              OR A JUDGMENT FOR THE AMOUNT CLAIMED MAY BE ENTERED
              AGAINST YOU BEFORE THE HEARING.  IF ONE OR MORE OF THE
              PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE
              HEARD IMMEDIATELY BEFORE A JUDGE WITHOUT THE ABSENT PARTY
              OR PARIES.   THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL
              FROM A DECISION ENTERED BY A JUDGE.

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/A D

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

IGOR SHIBIRIN
       Plaintiff                      NO. 2020-C-0359

     v.

REGAL MARINE INDUSTRIES, INC.,
AND VOLVO PENTA OF THE AMERICAS, LLC,
       Defendants

## AMENDED COMPLAINT

1.     Plaintiff, Igor Shibirin, is an adult individual citizen and legal resident of the Commonwealth of Pennsylvania, residing at 645 Woodpoint Court, 366 The Hideout, Lake Ariel, PA 18436.

2.   Defendant, Regal Marine Industries, Inc., is a corporation qualified to do an regularly conduct business in the State of Pennsylvania, with its address and principal place of business located at 2300 Jetport Drive, Orlando, FL 32809, and can be served at this address.

3.   Defendant, Volvo Penta of the Americas, LLC, is a corporation qualified to do an regularly conduct business in the State of Pennsylvania, with its address and principal place of business located at 1300 Volvo Penta Drive, Chesapeake, VA 23320, and can be served at c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060.

## BACKGROUND

4.   On or about July 24, 2017, Plaintiff purchased a new 2018 Regal 28 Express, manufactured and warranted by Defendant, bearing the Vehicle Identification Number

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

RGMHK576B818.

5.   The vessel was purchased in the Commonwealth of Pennsylvania and is registered in the Commonwealth of Pennsylvania.

6.   The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $136,593.20.  A true and correct copy of the contract is attached hereto, made a part hereof and marked Exhibit "A".

7.   In consideration for the purchase of said vessel, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vessel and/or remedial action in the event the vessel fails to meet the promised specifications.

8.   The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

9.   The parties' bargain includes an express warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

10.   However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vessel is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiff.

11.   During the warranty period, Plaintiff complained about defects and or non-conformities to the following vessel components:  generator shutting off, oil slick behind vessel, temperature light illuminating and engine slowing down, and vessel overheating.  True and correct copies of the repair invoices are attached hereto, made a part hereof and marked Exhibit "B".

12.   The vessel continues to exhibit defects and nonconformities which substantially

impairs its use, value and/or safety as provided in 73 P.S. §1951 et seq.

## COUNT I
### AGAINST ALL DEFENDANTS
### MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

13.   Plaintiff hereby incorporates all facts and allegations set forth in this

Complaint by reference as if fully set forth in length herein.

14.   Plaintiff has or may have resorted to Defendants' informal dispute settlement

procedure, to the extent said procedure complies with 16 CFR 703.

15.   Plaintiff avers that the Federal Trade Commission (FTC) has determined that no

Automobile manufacturer complies with 16 CFA 703. See, Fed. Reg. 15636, Vol. 62, No. 63

(Apr. 2, 1997).

16.   Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301 (3).

17.   Defendants are "suppliers", "warrantors", and a "service contractors" as defined by

15 U.S.C. §2301 (4),(5) and (8).

18.   The subject vessel is a "consumer product" as defined by 15 U.S.C. §2301 (1).

19.   By the terms of its written warranties, affirmations, promises, or service contracts,

Defendants agreed to perform effective repairs at no charge for parts and/or labor.

20.   The Magnuson-Moss Warranty Improvement Act requires Defendants to be bound

by all warranties implied by state law. Said warranties are imposed on all transactions in the state

in which the vessel was delivered.

21.   Defendants have made attempts on several occasions to comply with the terms of its

express warranties,; however, such repair attempts have been ineffective.

22.   The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

If a consumer finally prevails on an action brought under paragraph (1) of this subsection,   he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be in appropriate.

23.   Plaintiff has afforded Defendants a reasonable number of opportunities to confirm the vessel to the aforementioned express warranties, implied warranties and contracts.

24.   As a direct and proximate result of Defendants' failure to comply with the express written warranties, Plaintiff as suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiff is entitled to bring suite for such damages and other legal and equitable relief.

25.   Defendants' failure is a breach of Defendants' contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to: breach of express warranties; breach of implied warranty of merchantability; breach of implied warranty of fitness for a particular purpose; breach of contract; and constitutes an Unfair Trade Practice.

26.   Plaintiff avers that Defendants' warranty was not provided to Plaintiff until after the vessel was delivered, making any and all limitations, disclaimers and/or alternative dispute provisions ineffective for a failure of consideration.

27.   Plaintiff avers Defendants' Dispute Resolution Program was not in compliance with 16 CFR 703 for the model year of the subject vessel.

28.   Plaintiff avers that Defendants' warranty did not require Plaintiff to first resort to a Dispute Resolution Program before filing suit.

29.   Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendants.

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359    /s/A D

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an

amount equal to the price of the subject vessel, plus all collateral charges, incidental and

consequential damages, reasonable attorney's fees, and all court costs.

## COUNT II
## AGAINST ALL DEFENDANTS
## PENNSYLVANIA UNFAIR TRADE PRACTICES AND
## CONSUMER PROTECTION LAW

30.  Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by

reference as if fully set forth at length herein.

31.  Plaintiff is a "Person" as defined by 73 §201-2(2).

32.  Defendants are "Persons" as defined by 73 §201-2(2).

33.  Section 201-9.2(a) of the Act authorizes a private cause of action for any person

"who purchases or leases goods or services primarily for personal, family or household

purposes."

34.  Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation

of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade

Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

35.  In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act,

73 §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

(vii).  Representing that goods or services are of a particular standard, quality or
grade, or   that goods are of a particular style or model, if they are of another,

(xiv).  Failing to comply with the terms of any written guarantee or warranty
given to the buyer at, prior to, or after a contract for the purchase of goods or services is
made;

(xv).   Knowingly misrepresenting that services, replacements or repairs are
needed if they are not needed;

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359    /s/A D

(xvi). Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing.

(xvii). Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

36.  Plaintiff avers Defendants have violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

37.  Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

38.  Defendants' conduct surrounding the sale and servicing of the subject vessel falls within the aforementioned definitions of "unfair or deceptive acts or practices."

39.  The Act also authorizes the Court, in its discretion to award up to three (3) times the actual damages sustained for violations.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an amount not in excess of Fifty Thousand Dollars ($50,000.00), together with all collateral changes, attorneys' fees, all court costs and treble damages.

TIMOTHY ABEEL & ASSOCIATES, P.C.

By: */s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr., Esquire
Attorney for Plaintiff

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359     /s/A D

# VERIFICATION

Timothy J. Abeel, Jr., states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the forgoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A.  §4904, relating to unsworn falsifications to authorities.

By: /s/ Timothy J. Abeel, Jr.
      Timothy J. Abeel, Jr., Esquire
      Attorney for Plaintiff

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

# EXHIBIT "A"

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D



FILED 8/20/2020 11:45 AM, Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

# EXHIBIT "B"

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

about:blank

**Sterling Marina**
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/15/2018 | 36938 |

PAID
10/15/2018

| Slip Location |
|---------------|
| B-36 |

**Bill To**

Igor Shfolrin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|----------------------|-----------|
| Rapal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A973113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Outside Wint | 1 | Outside winter storage | 1,635.00 | 1,635.00 |
| Fork Fee | 1 | Fork Lift Fee | 35.00 | 35.00T |
| Oil Change | 1 | Synthetic Oil Change | 115.00 | 115.00T |
| Fresh Water Sys | 1 | Fresh Water System Winterization | 159.00 | 159.00T |
| | | stabilize fuel in generator | | |
| | | PA Sales Tax | 6.00% | 17.34 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

| | |
|---|---|
| **Total** | $1,941.34 |
| **Payments/Credits** | $-1,941.34 |
| **Balance Due** | $0.00 |

X_____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

6/28/2019, 10:23 AM

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359 /s/A D

about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 3/22/2019 | 37303 |

**PAID 05/08/2019**

**Bill To**

Igor Shiblrin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK516B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Install Auto trim customer provided | | |
| | | compound any scratches & heavy wax | | |
| | | Summarize from storage & launch to his slip ASAP | | |
| | | Generator was shutting off please check may part of warranty | | |
| | | bulletin | | |
| | | Scan volvo system for an overheat last season | | |
| | | Be sure gelcoat repairs are complete (warranty) | | |
| | | JM | | |
| SUMMERIZATI... | 1 | SUMMERIZATION: scanned motor and SPN441 start up, joy looking into this. Checked generator and working fine. - Need to rechick, customer said generator shuts off after some time. | 0.00 | 0.00T |
| DBY074 | 28 | Heavy Wax Entire Boat CUDDY CABIN | 18.00 | 504.00T |
| Labor - Nick | 6 | Service - Labor: installed auto trim that customer provided and lake tested. | 109.00 | 654.00T |
| Shop Supplies | 1 | Shop Supplies | 28.95 | 28.95T |
| | | Performed service campaign per volvo | | |
| | | T-0079, Fuel Filler Tightening. | | |
| | | PA Sales Tax | 6.00% | 71.22 |

| Notes: | Service Writer | |
|---|---|---|
| | Date Requested | |
| | Engine Hours In/Out | |
| | Tech | |
| | **Total** | $1,258.17 |
| X | **Payments/Credits** | $-1,258.17 |
| | **Balance Due** | $0.00 |

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359   /s/A D

about:blank

Sterling Marine
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 4/22/2019 | 37655 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK376B818 |
| Engine Serial # | Trailer Make |
| A973113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Troubleshoot fault code SPN 441 (count 20) JM spoke to volvo Tech. (Bill) I printed fault code list and two pages of manual to further troubleshoot problem. | | |
| Labor - Nick | 1 | 4-22-19 Generator shuts off after 40 minutes of run time. Customer is doing master reset to get it to restart Service - Labor: replaced oil pressure sender, rain for 45 minutes with no problem. 4/22 | 109.00 | 109.00T |
| Labor - Nick | 1 | 5/7-19 customer came in and said he went out and had overheat fault again. Service - Labor: replaced port side sender, no part number. 5/10/19 | 109.00 | 109.00T |
| | | PA Sales Tax | 6.00% | 13.08 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

| | |
|---|---|
| **Total** | $231.08 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $231.08 |

X

6/28/2019, 10:26 AM

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Ship Location | | Date | Invoice # |
|---|---|---|---|
| B-36 | | 4/25/2019 | 37681 |

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Oil or gas leak, has film behind boat while sitting and idling along | | |
| | | OIL SLICK BEHIND BOAT | | |
| | | Vinny and nick checked it out, seems to be coming from the trim | | |
| | | tab (starboard). | | |
| Water Fuel Sep C... | 1 | pull boat, find leak and fix. | | |
| VOP3847644 | 1 | Water fuel separator change | 69.95 | 69.95T |
| Labor - Nick | 0.5 | Filter | 0.00 | 0.00T |
| VOP21700645 | 1 | Service - Labor: R/R Impeller | 109.00 | 54.50T |
| Shop Supplies | 1 | Impeller Kit | 69.98 | 69.98T |
| | | Shop Supplies | 4.86 | 4.86T |
| | | 45 hours on boat | | |
| | | 29 hours on gen. | | |
| | | Done. 5/13/19 | | |
| | | PA Sales Tax | 6.00% | 11.96 |

| Notes: | Service Writer |
|---|---|
| | Date Requested |
| | Engine Hours In/Out |
| | Tech |

I authorize the above repair work to be done along with the necessary materials and hereby give permission to perform the work as necessary for purposes of testing or inspection, if I fail to pay the amount of work I understand you will have a mechanics's lien rights to the work or repair at the work and I agree to pay when work is done and/or before I hereby expressly grant you and/or your employees permission to operate the unit herein described above for purposes of testing and/or inspection on the streets, highways or elsewhere, if I fail to pay the amount of any bills I may incur as a result of this collection costs, including reasonable attorney's fees, I also expressly grant you a mechanics's lien on the above described unit to secure the amount of any and all the work and/or repairs made. If you are forced to file suit and are awarded reasonable attorney's fees in case of breach as described above and acceptance of the terms herein.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

| Total | $211.25 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $211.25 |

6/28/2019, 10:34 AM

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359   /s/A D

about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

## Invoice

| Slip Location | Date | Invoice # |
|---|---|---|
| B-36 | 6/4/2019 | 38342 |

**PAID**

Bill To

Igor Shibkia
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat – Make & Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-773-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | customer was running generator after repairs and temp light came on and  engine slowed down  troubleshoot and repair  JM  6-3-19 Vin asked to order impeller for generator | | |
| | | PA Sales Tax | -6.00% | 0.00 |

| Notes: | Service Writer |
|---|---|
| | Date Requested |
| | Engine Hours In/Out |
| | Tech |

I authorize the above repair work to be done, along with the necessary materials and agree you are not liable to me for the loss or damage to vehicles or articles left in the vehicle in case of fire, theft or any other cause beyond your control. I also hereby grant you permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. I agree to pay interest at the rate of ... I further agree that the service is not responsible for any lost or damage to the vehicle or any articles left in case of fire, theft or any other cause beyond its control.

X _____

My signature above is an authorization to complete the repairs described above and acceptance of the terms herein.

| **Total** | $0.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $0.00 |

6/28/2019, 10:36 AM

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359   /s/A D

about:blank

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location | | Date | Invoice # |
|---|---|---|---|
| B-J5 | | 6/20/2019 | 38564 |

**PAID**

**Bill To**

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A973113 | no trailer |
| Registration # | Customer Phone |
| PA9465DT | 718-775-1242 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | customer called and he had another overheat motor automatically reduced rpms and customer hasn't been back to use it<br>ASAP - MM<br>PA Sales Tax | 6.00% | 0.00 |

**Notes:**

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary material and agree you and/or your employees to operate the unit as necessary for purposes of testing or inspection. I/We also grant the recognized right of lien, I acknowledged this will have a mechanic's lien upon the unit to secure payment for work and labor upon the unit to make this lien valid. I authorize to advise by voice or any other method required if I agree to pay for all work needed to do the job, also collection fees, time charges and my storage charge, if any is incurred. I agree all this is my choice, I agree to all unit and responsibility for any lien or damage to this vehicle and or contents to this vehicle in or any other item of personal items.

X _____

My signature above is the authorization is complete in the repair described above and acceptance of the items here in

| **Total** | $0.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $0.00 |

6/28/2019, 10:35 AM

FILED 8/20/2020 11:45 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2020-C-0359      /s/A D

Sterling Marina
P.O. Box 195
Greentown, PA 18426
(570) 689-4205

# Invoice

| Slip Location |
|---|
| B-36 |

| Date | Invoice # |
|---|---|
| 9/14/2019 | 39838 |

Bill To

Igor Shibirin
645 Woodpoint Ct
366 The Hideout
Lake Ariel, PA 18436

| Boat - Make && Model | Hull ID # |
|---|---|
| Regal 28 Express | RGMHK576B818 |
| Engine Serial # | Trailer Make |
| A975113 | no trailer |
| Registration # | Customer Phone |
| PA9469DT | 718-775-1242 |

| Item | Quanity | Description | Rate | Amount |
|---|---|---|---|---|
| | | temp sensor in manifold malfunctioning | | |
| | | replaced manifolds per volvo recommendation | | |
| | | PA Sales Tax | 6.00% | 0.00 |

Notes:

Service Writer
Date Requested
Engine Hours In/Out
Tech

I authorize the above repair work to be done along with the necessary materials and grant you permission to operate the unit as necessary for purposes of testing or inspection. If I fail to pay for completed work, I understand you will have a mechanic's lien upon the Unit to secure payment for work and I agree that I waive all rights under the State Lien. If collection is made by calls or any other method required, I agree to pay interest until paid in full, also collection costs, including reasonable attorney's fee. I have received a copy of this Work Order. I agree that the seller is not responsible for any loss or damage to the unit and or,contents in case of fire, theft or any other cause beyond his control.

X _____

My signature above is authorization to complete the repairs described above and acceptance of the terms herein.

| Total | $0.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $0.00 |

# EXHIBIT C

# CT Corporation

**Service of Process Transmittal**
08/28/2020
CT Log Number 538162877

**TO:**   Ronda Lacher
Volvo Penta of the Americas
1300 Volvo Penta Dr
Chesapeake, VA 23320-1690

**RE:**   Process Served in Virginia

**FOR:**   Volvo Penta of the Americas, LLC  (Domestic State: DE)



**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | IGOR SHIBIRIN, PLTF. vs. REGAL MARINE INDUSTRIES, INC. AND VOLVO PENTA OF THE AMERICAS, LLC, DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020C0359 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/28/2020 postmarked on 08/25/2020 |
| **JURISDICTION SERVED :** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780114128394 |
| | Email Notification,  Ronda Lacher  ronda.lacher@volvo.com |
| | Email Notification,  Julia Kelley  julia.kelley@volvo.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IGOR SHIBIRIN                                    :
          Plaintiff,                      :
                                   :
           v.                             :          CIVIL ACTION NO.
                                   :
REGAL MARINE INDUSTRIES, INC.   :
AND                                              :
VOLVO PENTA OF THE AMERICAS,     :
LLC                                              :
          Defendants.                     :

---

**IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA**

IGOR SHIBIRIN                                    :          COURT OF COMMON PLEAS
                                   :          LEHIGH COUNTY
           v.                             :
                                   :          CIVIL DIVISION
REGAL MARINE INDUSTRIES, INC.   :          No. 2020-C-0359
AND                                              :
VOLVO PENTA OF THE                           :
AMERICAS, LLC                                   :

---

## CONSENT TO REMOVAL

    I, the undersigned, as counsel on behalf of Defendant, Regal Marine Industries, Inc., in

the above-captioned action, execute this Consent to Removal on behalf of Defendant, Regal

Marine Industries, Inc., indicating that Defendant, Regal Marine Industries, Inc., consents to the

removal of this action to the United States District Court for the Eastern District of Pennsylvania.


                                     **By:**    **/s/ Brooks Rathet**
                                                 Brooks Rathet, Esquire
                                                   Bromagen Rathel Klee & Smith PA
                                                 135 2nd Avenue North, Suite 1
                                                 Jacksonville Beach, FL 32250
                                                 (*Pro Hac Vice*) Attorney for Defendant,
                                                 Regal Marine Industries, Inc.